# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DWAYNE ROBERT BUSSEY,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00029-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION
## TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 23] filed by Defendant Dwayne Robert Bussey. On September 11, 2024, the Government obtained an Indictment [Doc. 1] charging Defendant Bussey with Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.  [Doc. 1, p. 1]. On February 11, 2025, Defendant Bussey pled "Not Guilty," at his initial appearance and arraignment. [Doc. 12]; [Doc. 13]; [Doc. 23, p. 1]. Defendant Bussey is currently incarcerated, and a pretrial conference is currently set for April 7, 2025. [Doc. 12]; [Doc. 16]; [Doc. 19]; [Doc. 23, p. 1]. Given the date of the pretrial conference, trial would begin on May 27, 2025.

According to his motion, Defendant Bussey seeks a second continuance to give his attorney and the Government additional time to complete plea negotiations. [Doc. 23, p. 2]. The Government does not oppose another continuance. [*Id.*]. Therefore, the

Court **GRANTS** Defendant Bussey's Unopposed Motion to Continue [Doc. 23] and **CONTINUES** this case to *June 23, 2025*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for April 7, 2025, is **CANCELED.** At a later date, the Court will re-schedule a pretrial conference.

The ends of justice served by this continuance outweigh the best interests of the public and Defendant Bussey in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 2nd day of April 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
